# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Joyce Wright                      Docket No. 5:16-CR-11-2G

### Petition for Action on Conditions of Pretrial Release

COMES NOW Mindy L. Threlkeld, Senior U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Joyce Wright, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 26th day of April, 2016.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is currently being supervised by U.S. Probation Officer Devona Gardner in Los Angeles, California. USPO Gardner is requesting that the conditions of pretrial release be modified to include a mental health condition. The defendant has signed a waiver agreeing to the addition of this condition.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of pretrial release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Reviewed and approved,

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
Senior U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2539
Executed On: June 23, 2016

### ORDER OF THE COURT

Considered and ordered the __24th__ day of _____June_____, 2016, and ordered filed and made part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge