UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-00011-2FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| JOYCE WRIGHT | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, based upon additional information and considerations which have arisen since the indictment, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Superseding Indictment against the above-captioned defendant only.

    JOHN STUART BRUCE
    Acting United States Attorney

    /s/ Jonathan Holbrook
    Jonathan Holbrook
    Assistant U.S. Attorney
    Criminal Division

Leave of Court is granted for the filing of the foregoing dismissal.

    _____
    LOUISE W. FLANAGAN
    UNITED STATES DISTRICT JUDGE

Date: _____